Amy M. Samberg, Esq.
Nevada Bar No. 10212
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004
Telephone: 602-777-6230
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Casey G. Perkins, Esq.
Nevada Bar No. 12063
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
Email: cperkins@fgppr.com

*Attorneys for Federal Insurance Company and Capital One Bank (USA), N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL SEWELL, as an individual and on behalf of the Estate of KAREN TODD,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, CAPITAL ONE FINANCIAL CORPORATION; DOES I-X; BLACK AND WHITE CORPORATIONS I-X<br><br>Defendants. | CASE NO. 3:18-cv-00016-RCJ-VPC<br><br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CAPITAL ONE BANK (USA), N.A.'S WITH PREJUDICE** |

Plaintiff Carol Sewell and Defendant Capital One Bank (USA), N.A., sued herein as Capital One Financial Corporation, by and through their respective attorneys, hereby stipulate and

867012.1

agree that Plaintiff's claims against Capital One Bank (USA), N.A., in this action shall be dismissed, with prejudice, with each party to bear its own fees and costs.

DATED: August 17th, 2018

BRADLEY, DRENDEL & JEANNEY

By: /s/ Mark Wenzel
Mark Wenzel, Esq.
P.O. Box 1987
Reno, NV 89505

*Attorney for Plaintiff*

DATED: August 20, 2018

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: /s/ Casey G. Perkins
Amy M. Samberg, Esq.
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004

Casey G. Perkins, Esq.
2200 Paseo Verde Parkway, Ste. 280
Henderson, NV 89052

*Attorneys for Federal Insurance Company and Capital One Bank (USA), N.A.*

## ORDER

IT IS SO ORDERED that Plaintiff's claims against Capital One Bank (U.S.A.), N.A. in this matter are dismissed, with prejudice. Each party shall bear its own fees and costs.

Dated this 5 day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

867012.1