Amy M. Samberg, NV Bar No. 10212
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone: 602-926-9880
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Casey G. Perkins, NV Bar No. 12063
FORAN GLENNON PALANDECH PONZI &
RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
Email: cperkins@fgppr.com

*Attorneys for Defendant Federal Insurance Company.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL SEWELL, as an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CHUBB GROUP OF INSURANCE COMPANIES; CAPITAL ONE FINANCIAL CORPORATION; DOES I-X; BLACK AND WHITE CORPORATIONS I-X,<br><br>Defendants. | Case No. 3:18-cv-00016-RCJ-VPC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Carol Sewell and Defendant Federal Insurance Company, by and through the parties' respective counsel, pending the Court's approval, that the dates for Plaintiff and Defendant to file their respective oppositions to Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment (the "Motions"), currently November 2, 2018 be extended to November 8, 2018. Given that this

extension will result in the parties' respective reply briefs being due on Thanksgiving, the parties further request that the Court set November 28, 2018 as the deadline for filing replies.

This request, which is the first request for an extension of the subject deadlines, is made to ensure that the parties and counsel have sufficient time to consider and fully brief all of the issues raised in the pending motions for summary judgment and to provide a brief additional period to finalize reply briefs after the Thanksgiving holiday.

The parties respectfully request that this Court approve the foregoing stipulation.

DATE: October 31st, 2018

BRADLEY, DRENDEL & JEANNEY

By: /s/ Mark Wenzel
Mark Wenzel, Esq. (NV Bar No. 5820)
P.O. Box 1987
Reno, NV 89505

*Attorneys for Plaintiff*

DATE: October 31, 2018

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: /s/ Casey G. Perkins
Amy M. Samberg (NV Bar No. 10212)
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

Casey G. Perkins (NV Bar No. 12063)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Defendant Federal Insurance Company*

## ORDER

**IT IS SO ORDERED.**

DATED this 2 day of November 2018.

_____
UNITED STATES DISTRICT COURT JUDGE