Amy M. Samberg, Esq.
Nevada Bar No. 10212
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
One Arizona Center
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone: 602-926-9885
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Dylan P. Todd, Esq.
Nevada Bar No. 10456FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
Email: dtodd@fgppr.com

*Attorneys for Federal Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAROL SEWELL, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana Company; CAPITAL ONE FINANCIAL CORPORATION; DOES I-X; BLACK AND WHITE CORPORATIONS I-X<br><br>Defendants. | Case No. 3:18-cv-00016-RCJ-VPC<br><br>**MOTION TO SUBSTITUTE** |

    NOTICE IS HEREBY GIVEN to the Court and all parties that attorney Casey G. Perkins, Esq. is no longer associated with the law firm of Foran Glennon Palandech Ponzi & Rudloff PC. Dylan P. Todd, Esq. of the law firm of Foran Glennon Palandech Ponzi & Rudloff PC enters his appearance in the case and will continue as counsel for Defendant Federal Insurance Company.

- 1 -

1  Please direct all future correspondence and court documents to Mr. Todd at the above
2  address.

3  Dated this 15th day of February 2019.   FORAN GLENNON PALANDECH PONZI
4  & RUDLOFF PC

By: ___/s/ Dylan Todd___
Amy M. Samberg
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

Dylan P. Todd
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Federal Insurance Company*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 2/19/2019

- 2 -

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **MOTION TO SUBSTITUTE** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

Dated: February 15, 2019.

/s/ Rita Tuttle
An Employee of Foran Glennon

- 3 -