# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL SEWELL, as an individual;<br><br>Plaintiff,<br><br>Vs.<br><br>FEDERAL INSURANCE COMPANY., *et al.*,<br><br>Defendants. | Case No.: 3:18-CV-00016-RCJ-CBC<br><br>ORDER VACATING MOTION HEARING ON MAY 14, 2019 AND RESCHEDULING TO JUNE 11, 2019 |

Before the Court is Federal Insurance Company's Motion for Summary Judgment (ECF No. 27); and Plaintiff's Motion for Summary Judgment (ECF No. 28). Accordingly,

IT IS HEREBY ORDERED that the Motion Hearing currently set for 2:00 P.M., Tuesday, May 14, 2018, is VACATED and RESCHEDULED to 2:00 P.M., Tuesday, June 11, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

Dated this 3rd day of May, 2019.

_____
ROBERT C. JONES

Senior District Judge